# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | 8:23-cv-00358-JWH-JDE | Date | November 22, 2024 |
|---|---|---|---|
| Title | *Robert Hedrick v. BSH Home Appliances Corporation* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gabriel Z. Doble | Rebecca B. Chaney |

**Proceedings:   HEARING RE DEFENDANT'S COORDINATED MOTION TO DISMISS [73]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, Defendant's Motion [ECF No. 38] is taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

**CIVIL MINUTES—GENERAL**

Time:   00:55
Initials of Preparer: cla