JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEDRICK and NICHOLAS KALERGIS, and IVAN ANTIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BSH HOME APPLIANCES CORPORATION,<br><br>Defendant. | Case No. 8:23-cv-00358 JWH JDE<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motions to Dismiss [ECF No. 73 in the *Hedrick* Case; ECF No. 68 in the *Goldstein* Case; and ECF No. 70 in the *Norris* Case]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(d).

2. The operative complaint in this action is the Third Amended Class Action Complaint [ECF No. 70].

3. The claims for injunctive relief of Plaintiffs Robert Hedrick, Nicholas Kalergis, and Ivan Antic are **DISMISED** for **lack of jurisdiction.**

4. Judgment is hereby **ENTERED** in **FAVOR** of Defendant BSH Home Appliances Corporation and **AGAINST** Plaintiffs Robert Hedrick, Nicholas Kalergis, and Ivan Antic. Plaintiffs shall take nothing by way of their Third Amended Complaint. This action is **DISMISSED.**

5. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: April 28, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE